UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Ken Venturini

V.                    Case Number: 3:02cv2072 JCH

Archer Management

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>November 20, 2003</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on December 20, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, November 20, 2003.

        KEVIN F. ROWE, CLERK

By: _____
    Diane Kolesnikoff
    Deputy Clerk