FILED
2004 MAR -3  P 12: 20
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEN VENTURINI            :
                         :   NO. 302CV2072 (JCH)
V.                       :
                         :
ARCHER MANAGEMENT SERVICES, :   FEBRUARY 5, 2004
INC.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the parties in the above-captioned action hereby stipulate to the dismissal of this action with prejudice and without attorneys' fees or costs to either party.

THE PLAINTIFF
KEN VENTURINI

By _____
T. R. Rowe (ct 16406)

McNamara & Kenney
375 Bridgeport Avenue, 3rd Floor
Shelton, CT  06484
(203) 944-9392 (telephone)
(203) 944-6012 (facsimilie)

His Attorney

THE DEFENDANT
ARCHER MANAGEMENT SERVICES, INC.

By: _____
Conrad S. Kee, Esq. (ct16904)

Jackson Lewis LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251

Its Attorney