FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR -3 P 12: 20

US DISTRICT COURT
BRIDGEPORT CT

KEN VENTURINI

V.

ARCHER MANAGEMENT SERVICES, INC.

NO. 302CV2072 (JCH)

FEBRUARY 5, 2004

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the parties in the above-captioned action hereby stipulate to the dismissal of this action with prejudice and without attorneys' fees or costs to either party.

THE PLAINTIFF
KEN VENTURINI

By _____
T. R. Rowe (ct 16406)

McNamara & Kenney
375 Bridgeport Avenue, 3rd Floor
Shelton, CT 06484
(203) 944-9392 (telephone)
(203) 944-6012 (facsimilie)

His Attorney