UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -3  P 12: 19

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| KEN VENTURINI | : |
| | : NO. 302CV2072 (JCH) |
| V. | : |
| | : |
| ARCHER MANAGEMENT SERVICES, INC. | : FEBRUARY 5, 2004 |

## APPEARANCE

Please enter my appearance on behalf of the Plaintiff, Ken Venturinni, in the above-captioned matter.

_____
T. R. Rowe (ct 16406)

McNamara & Kenney
375 Bridgeport Avenue, 3rd Floor
Shelton, CT  06484
(203) 944-9392 (telephone)
(203) 944-6012 (facsimilie)

Attorney for Plaintiff